## 64433. STEPHENS v. THE STATE.

SHULMAN, Presiding Judge.
Appellant's former custodian has certified, by affidavit, that appellant has escaped from custody and is still at large. Therefore, appellee's motion to dismiss the appeal is granted. *Gravitt v. State,* 221 Ga. 812 (147 SE2d 447).
*Appeal dismissed. Quillian, C. J., and Carley, J., concur.*

DECIDED OCTOBER 5, 1982.

*John C. Campbell,* for appellant.
*David L. Lomenick, Jr., District Attorney, Roland L. Enloe, Herbert E. Franklin, Jr., Assistant District Attorneys,* for appellee.